UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CALVIN MITCHELL AND CATHY MITCHELL | : | CIVIL ACTION NO.: 2:22-cv-02739 |
| VS. | : | JUDGE JAMES D. CAIN, JR. |
| STATE FARM FIRE AND CASUALTY COMPANY | : | MAGISTRATE JUDGE KATHLEEN KAY |

## ORDER OF DISMISSAL

Considering the foregoing Rule 41(a) Request for Court Ordered Dismissal,

IT IS ORDERED that the claims filed on behalf of **CALVIN MITCHELL AND CATHY MITCHELL** are hereby dismissed, with prejudice, with each party to bear their own costs and expenses.

Lake Charles, Louisiana, this __11th__ day of __October__, 20__23__.

_____
U.S. DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION